ANNA SMITH, an Infant, by THOMAS J. SMITH, Guardian ad Litem, Respondent, v. WESTCHESTER COUNTY and WESTCHESTER COUNTY PARK COMMISSION, Appellants. THOMAS J. SMITH, Respondent, v. WESTCHESTER COUNTY and WESTCHESTER COUNTY PARK COMMISSION, Appellants.— In these two actions — one by an infant to recover damages for personal injuries and the other by the father for medical expenses and loss of services — it was claimed that the infant plaintiff, then about eight and one-half years of age, sustained injuries while a passenger on an amusement device maintained and operated by defendants. The jury found a verdict for the infant plaintiff for $5,000 and for the father for $1,000, based on defendants' negligence and the infant plaintiff's freedom from contributory negligence. Judgment unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.